**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Western & Venice SC LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06108-FMO-JPR<br><br>*Hon. Fernando M. Olguin*<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: April 7, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Defendant Western & Venice SC LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: September 8, 2020

　　　　　　　　　　　　　　　　　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　　　　　U.S. District Judge

1